DENNIS P. DUNN, Respondent, *v.* EMPIRE ENGINEERING
CORPORATION, Appellant.

*Dunn* v. *Empire Engineering Corporation*, 147 App. Div. 237,
affirmed.

(Argued February 5, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 20, 1911, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for injury to personal property alleged to have been
occasioned through the negligence of defendant.

*G. D. Judson* for appellant.

*Jeremiah F. Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.